**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7340**

———————

BILLY WHITE,

                                        Plaintiff - Appellant,

        versus

SERGEANT TAYLOR,

                                        Defendant - Appellee,

        and

DEAN BROCHARD, Chief Psychologist,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David G. Lowe, Magistrate Judge.  (CA-02-385)

———————

Submitted: January 28, 2004        Decided:  February 20, 2004

———————

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Billy White, Appellant Pro Se.  Christopher Garrett Hill, Philip Carlton Hollowell, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Billy White appeals the magistrate judge's orders denying his motions for appointment of counsel in his suit under 42 U.S.C. § 1983 (2000).[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. See <u>White v. Taylor</u>, No. CA-02-385 (E.D. Va. Sept. 22, 2002; July 24, 2003; Aug. 20, 2003). We also deny White's motion for appointment of counsel on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to the magistrate judge's jurisdiction pursuant to 28 U.S.C. § 636(c) (2000).